2010-02414
FILED

September 14, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002907829

**2**

1  JASON BLUMBERG, New York State Bar No. 4055257
   Trial Attorney
2  Antonia G. Darling, State Bar No. 76190
   Assistant United States Trustee
3  **UNITED STATES DEPARTMENT OF JUSTICE**
   Office of the United States Trustee
4  501 "I" Street, Suite 7-500
   Sacramento, CA 95814
5  (916) 930-2100/Fax (916) 930-2099

6

7  Attorneys for Acting United States Trustee,
   Region 17, August B. Landis

8

9              **UNITED STATES BANKRUPTCY COURT**

10             **EASTERN DISTRICT OF CALIFORNIA**

11

12  In re:                          Case No. 10-28443-B-7

13
    ROBERT JAMES RATTO and
14  JULIE ANNE RATTO,

15              Debtors.
    _____/
16
    AUGUST B. LANDIS, ACTING        Adversary Case No. 10-02414-B
17  UNITED STATES TRUSTEE,
                                     DC No.: UST-1
18              Plaintiff,
                                     JUDGMENT DENYING
19  v.                              DISCHARGE PURSUANT TO
                                     STIPULATION OF PARTIES
20  JULIE ANNE RATTO,               PURSUANT TO 11 U.S.C.
                                     § 727(a)(8)
21
                Defendant.
22  _____/

23          Pursuant to stipulation of the parties in the above-captioned adversary proceeding, filed

24  herewith and incorporated by reference herein, it is:

25

26

27

28                                  -1-

ORDERED, ADJUDGED, AND DECREED that the discharge of **JULIE ANNE**

**RATTO only,** is hereby denied in this case only pursuant to 11 U.S.C. § 727(a)(8).

Dated: September 14, 2010

Thomas C. Holman
United States Bankruptcy Judge